## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD L. SCOTT, JR., | CIVIL ACTION NO. 3:25-cv-02326 |
| Plaintiff, | |
| v. | (LATELLA, M.J.) |
| PAUL HINDMARSH, et al., | |
| Defendants. | |

### <u>REPORT AND RECOMMENDATION</u>

Plaintiff commenced this action by filing a *pro se* Complaint on December 5, 2025. (Doc. 1). On December 8, 2025, the Clerk of Court issued an Order directing Plaintiff to either tender payment of the filing fee to the Clerk of Court or submit an application to proceed *in forma pauperis* within thirty (30) days of the Order. (Doc. 4). On January 14, 2026, we issued an additional Order again directing Plaintiff to either pay the required filing fee or submit an application to proceed *in forma pauperis* within twenty-one (21) days. (Doc. 5). We advised Plaintiff that failure to comply with the Order would result in dismissal of the case.

1

As of the date of this Report and Recommendation, Plaintiff has not submitted a complete application to proceed *in forma pauperis* or paid the required filing fee. Accordingly, it is respectfully recommended that this matter be **DIMISSED** without prejudice, and that the Clerk of Court be directed to **CLOSE** this case.

Date: April 2, 2026         **/s/ Leo A. Latella**
                            Leo A. Latella
                            United States Magistrate Judge

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

RONALD L. SCOTT, JR.,

    Plaintiff,

    v.

PAUL HINDMARSH, et al.,

    Defendants.

CIVIL ACTION NO. 3:25-cv-02326

(LATELLA, M.J.)

## <u>NOTICE</u>

**NOTICE IS HEREBY GIVEN** that the undersigned has entered

the foregoing **Report and Recommendation** dated April 2, 2026.

Any party may obtain a review of the Report and Recommendation

pursuant to Rule 72.3, which provides:

> Any party may object to a magistrate judge's proposed findings, recommendations or report addressing a motion or matter described in 28 U.S.C. § 636(b)(1)(B) or making a recommendation for the disposition of a prisoner case or a habeas corpus petition within fourteen (14) days after being served with a copy thereof. Such party shall file with the clerk of court, and serve on the magistrate judge and all parties, written objections which shall specifically identify the portions of the proposed findings, recommendations or report to which objection is

made and the basis for such objections. The briefing requirements set forth in Local Rule 72.2 shall apply. A judge shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made and may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge. The judge, however, need conduct a new hearing only in his or her discretion or where required by law, and may consider the record developed before the magistrate judge, making his or her own determination on the basis of that record. The judge may also receive further evidence, recall witnesses or recommit the matter to the magistrate judge with instructions.

**Dated:** April 2, 2026

*s/ Leo A. Latella*
**LEO A. LATELLA**
**United States Magistrate Judge**

4