UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

RONALD L. SCOTT JR.,

    Plaintiff,

    v.

PAUL HINDMARSH, et al.,

    Defendants.

CIVIL ACTION NO. 3:25-CV-2326

(SAPORITO, J.)

## ORDER

Now before the court is a report and recommendation of United States Magistrate Judge Leo. A. Latella, in which he recommends that the *pro se* plaintiff's complaint (Doc. 1) be dismissed without prejudice. (Doc. 6).

The plaintiff commenced this action on December 5, 2025. (Doc. 1). On December 8, 2025, the Clerk of Court issued an Order directing the plaintiff to either tender payment of the filing fee to the Clerk of Court or submit an application to proceed *in forma pauperis* within thirty (30) days of the Order. (Doc. 4). On January 14, 2026, Judge Latella issued an additional Order again directing the plaintiff to either pay the required filing fee or submit an application to proceed *in forma pauperis* within twenty-one (21) days. (Doc. 5). Judge Latella advised the plaintiff that a

failure to comply with the Order would result in dismissal of the case. (*Id.*). The plaintiff, however, has failed to submit a completed application to proceed *in forma pauperis* or the required filing fee. Thus, Judge Latella recommends that the plaintiff's complaint be dismissed without prejudice.

Accordingly, **IT IS HEREBY ORDERED THAT**:

1. The report and recommendation of Judge Latella (Doc. 6) is **ADOPTED** in its entirety;

2. The plaintiff's amended complaint (Doc. 1) is **DISMISSED without prejudice**; and

3. The Clerk shall close the case.

Dated: May 1, 2026                    *s/Joseph F. Saporito, Jr.*
                                      JOSEPH F. SAPORITO, JR.
                                      United States District Judge